PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, ABBETT, LIPPIN-COTT, REED, VAN SYCKEL, BOGERT, BROWN, KRUEGER, SMITH.    9.

*For reversal*—None.

---

THE STATE, SAMUEL K. WILSON, PROSECUTOR, PLAINTIFF IN ERROR, v. THE INHABITANTS OF THE CITY OF TRENTON, DEFENDANTS IN ERROR.

On error to the Supreme Court.    For opinion of Supreme Court see 26 *Vroom* 220.

For the plaintiff in error, *George M. Robeson.*

For the defendant in error, *William M. Lanning.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, LIPPINCOTT, BOGERT, BROWN, CLEMENT, KRUEGER, SMITH.    9.

*For reversal*—None.